UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 JUL -9  A 9: 49

Yanilda Annette Toro
Yanisa Diamond Quinones

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

- Greystone Park Psyc. Hosp.
- Trinitas Psyc. Hosp.
- Runnells Specialized Hosp.
- Family Court Judge Brocky 2-2009 - present 2021
- Child Placement Services 2007-2009
- Trenton Psyc. Hosp.

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name                Yanilda Annette Toro
            Street Address      59 Koch Road G2
            County, City        Morris, Morris Plains
            State & Zip Code    N.J. 07950
            Telephone Number

Defendant 5
   Child Placement Services
   80 West Grand Street
   Elizabeth, New Jersey
   Union County

Defendant 6
   Trenton Psyc Director
   101 Sullivan Way
   Trenton, New Jersey
   Mercer County

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Greystone Park Psyc Hospital Director
Street Address 59 Koch Road
County, City Morris, Morris Plains 07950
State & Zip Code New Jersey 07950

Defendant No. 2
Name Trinitas Regional Medical Center/Psyc. Director
Street Address 225 655 East Jersey Street
County, City Union, Elizabeth
State & Zip Code New Jersey 0720

Defendant No. 3
Name Runnels Specialized Hospital
Street Address 40 Watchung Way
County, City Union, Berkeley Heights
State & Zip Code New Jersey

Defendant No. 4
Name Judge Brice Family Division Superior Courthouse
Street Address 2 Broad Street
County, City Union, Elizabeth
State & Zip Code New Jersey 07207

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal Questions
[ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff
[ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Is Yanilda Annett Toro really skitzophrenic and does she really have bipolar disorder.

- 2 -

June 30, 2021

as being in the Runnells Hospital, they neglected a place to live and the fact that I was sane and several pregnancies I had at that hospital. I had a childbirth lawsuit that the psyc ward made me lose time to recieve compensation. Yanisa, my daughter, doesn't know who I am as her biological mother because of this. Every one in the hospital ignored my sanity and kept giving me shots that hurted.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Trinitas psyc. Hospital from 2005 where I had side effects of ability. I was left in the psychiatric ward to be treated like a wild animal.

B. What date and approximate time did the events giving rise to your claim(s) occur? October 2005 I hallucinated by taken a sample ability pill in which ability is for depression and I was given many shots of haldol when it was a mistake by a doctor.

C. Facts: [What happened to you?] My mom thought I really needed help, but a reason I had to take a sample pill was because I was breaking up with my boyfriend. I was a single mother with no money and my childbirth was intense since I wasn't given pills for pain. I was given many hospitalizations b/c my mom didn't want me going to the military and wanted me to stay home. Throughout the years in 2008 police came [Who did what?] to Trinitas emergency room and the arrested me for freedom of speech. They took me to the psyc. emergency room and told nurses and doctor I needed mood stabilizers like depakote. DyFS (C.P.S) came to visit Yanisa and I, and they never checked the home to move Yanisa and I out. [Was anyone else involved?] b/c of old paint chipping from the heater and all around Yanisa room in addition to food. It wasn't enough. (C.P.S) finally let Yanisa and I seperated and that caused Yanisa and I alot of stress. Judge stated to be quiet in court as DyFS had a doctor that interviewed me, but he only gave me 1 interview from a family tree and DyFS let the state take [Who else saw what happened?] Yanisa to Las Vegas, Nevada. Throughout the years I suffered being in and out the psyc ward, people wanting to physically fight me and argue. No doctor wanted to help in my case. I've been hospitalized at -3- the defendants hospital from 2005 - present.

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received (Yanilda and Yanisa) emotional distress (Yaudi) mental anguish on doctores who wouldn't help in my state lawsuit, unecisseary needle shots. time away from daughter, Religion on mother and daughter, Religion of body, Religion on Sunday Mass, Religion on faith. Religion on lossed childen

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

For both Yanisa and I, Yanilda Toro for the age of 21 - present, $900zillion to $900 zillion charges of payment because of paramedics and police, hospital negligence and missing children.

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  30  day of  June  , 20 21 .

Signature of Plaintiff  Yanilda A. Jorge
Mailing Address  59 Kuch Road G2
Morris Plains, N.J. 07950

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

N̲ote:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____